<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

| | |
|---|---|
| In Re: Appeal of the April 24, 2018 : | |
| Decision of the Charlestown Township : | |
| Zoning Hearing Board Denying the : | |
| Challenge of Charlestown Outdoor, : | |
| LLC to the Validity of the Zoning : | No. 826 C.D. 2019 |
| Ordinance's Exclusion of Outdoor : | |
| Advertising Billboards : | |
| : | |
| Appeal of: Charlestown Outdoor, LLC : | |

**PER CURIAM**                    **O R D E R**


NOW, March 15, 2021, having considered Appellant's application for reargument and Appellee Board of Supervisors of Charlestown Township's answer in response thereto, the application is denied.